871 A.2d 789

James CROOP, Petitioner,

v.

UGI CORPORATION, Respondent,

James Croop

v.

UGI Corporation

v.

Alex and Mary Brezinski

Petition of Estate of James Croop, by and through Marilou C. Kaye, Surviving Executrix.

Supreme Court of Pennsylvania.

March 29, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of March, 2005, the Petitions for Allowance of Appeal are hereby granted, limited to the following issue:

Whether the Superior Court erred in reversing the trial court's punitive damages award when the evidence supported the punitive damages award?